AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Wash Depot Holdings, Inc.

v.

Kenowa, Ltd., d/b/a Sparkling Image, d/b/a Sparkling Image Car Wash and Quick Lube, d/b/a Sparkling Image Quick Lube d/b/a Sparkling Image Auto Wash and Corporate Image Services LLC

Case No. 1:17-cv-835
Hon.  Paul L. Maloney

TO: Kenowa, Ltd.
ADDRESS: Attn: Jason Ruff Resident Agent
6451 Kenowa Ave., SW
Grandville, MI 49418

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
J. Michael Huget
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108

CLERK OF COURT

September 15, 2017
By: Deputy Clerk          Date

---

## PROOF OF SERVICE

This summons for _____Kenowa, Ltd._____ was received by me on _____
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    _____
                                                    Server's printed name and title

                                                    _____
                                                    Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Wash Depot Holdings, Inc.

v.

Kenowa, Ltd., d/b/a Sparkling Image, d/b/a Sparkling Image Car Wash and Quick Lube, d/b/a Sparkling Image Quick Lube d/b/a Sparkling Image Auto Wash and Corporate Image Services LLC

Case No. 1:17-cv-835
Hon. Paul L. Maloney

TO: Corporate Image Services, LLC
ADDRESS: Attn: Carlos Valladares, Resident Agent
6501 Balsam Drive
Hudsonville, MI 49426

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
J. Michael Huget
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108

CLERK OF COURT



September 15, 2017
By: Deputy Clerk                                Date

---

## PROOF OF SERVICE

This summons for _____Corporate Image Services, LLC_____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____
                                              Server's signature

Additional information regarding attempted service, etc.:
                                              Server's printed name and title

                                              Server's address